UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

2013 JAN -8 A 9: 12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-036-KJD-PAL |
| Plaintiff, | **ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER** |
| vs. | |
| DANA ANDREW CASAUS, | |
| Defendant. | |

Presently before the court is the matter of <u>United States v. Dana Andrew Casaus</u>.

On January 8, 2013, this Court held a hearing for revocation of supervised release as to defendant DANA ANDREW CASAUS. The Court agreed to modify Mr. Casaus's supervision to include his residence in the residential re-entry center/Halfway House for four (4) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Dana Andrew Casaus reside in a residential re-entry center/Halfway House for four (4) months.

DATED this 8th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE



1